UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID THORPE,<br>    Plaintiff,<br><br>-v-<br><br>WEBER & OLCESE, P.L.C., et al.,<br>    Defendants. | No. 1:19-cv-294<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 45), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 24, 2020           /s/ Paul L. Maloney
                     Paul L. Maloney
                     United States District Judge